308

submitted in evidence at the hearing on the motion for a new trial established prima facie his right to have such motion granted on Ground 10.

It is equally obvious that the State has in nowise met the burden cast on it to submit evidence tending to overcome the prima facie right to a new trial resulting from appellant's showing.

The affidavit of the Special Prosecutor submitted in evidence by the State pertains to two previous separations, different from the separation of the jury of which appellant complained in his motion for a new trial. As to this last separation, the State submitted no evidence whatsoever tending to rebut appellant's prima facie right to a new trial.

The trial court therefore erred in overruling appellant's motion for a new trial, and this cause is therefore ordered reversed.

Reversed and remanded.

39 So.2d 255

### GREAT ATLANTIC & PACIFIC TEA CO.
### v. Mrs. James L. MEEKS.
### 6 Div. 676.

Court of Appeals of Alabama.
Feb. 22, 1949.

Huey, Welch & Stone, of Bessemer, and Drennen & Drennen, of Birmingham, for appellant.

Lipscomb & Brobston, of Bessemer, for appellee.

BRICKEN, Presiding Judge.

This is a companion case to that of Great Atlantic and Pacific Tea Company, a Corporation v. Meeks, Ala.App., 38 So. 2d 891,[1] appealed from the Circuit Court of Jefferson County, Bessemer Division. The facts, and points of decision involved are identical, which case was affirmed by this court on January 11, 1949.

Upon authority of said case the judgment appealed from in this case is affirmed.

Affirmed.

39 So.2d 256

### GREAT ATLANTIC & PACIFIC TEA CO.
### v. Jim MEEKS.
### 6 Div. 678.

Court of Appeals of Alabama.
Feb. 22, 1949.

Huey, Welch & Stone, of Bessemer, and Drennen & Drennen, of Birmingham, for appellant.

Lipscomb & Brobston, of Bessemer, for appellee.

HARWOOD, Judge.

This is a companion case to that of Great Atlantic and Pacific Tea Company, a Corporation v. Meeks, Ala.App., 38 So. 2d 891,[1] appealed from the Circuit Court of Jefferson County, Bessemer Division. The facts, and points of decision involved are identical, which case was affirmed by this court on January 11, 1949.

Upon authority of said case the judgment appealed from in this case is affirmed.

. Affirmed.

[1]  Ante, p. 212.

[1].  Ante, p. 212.